UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 17 2019 ★

LONG ISLAND OFFICE

LAURIE KACINSKI,
ON BEHALF OF HERSELF AND
ALL OTHERS SIMILARLY SITUATED,

           Plaintiff,

v

GC SERVICES LIMITED PARTNERSHIP,

           Defendant.

Civil Action, File No.
2:18-cv-04489-ADS-AYS

## NOTICE OF SETTLEMENT

Plaintiff hereby informs the Court that the parties have reached an agreement to fully and finally resolve this matter. The parties request that they be given 45 days to finalize their settlement or advise the Court of any issues regarding same and if none, to file a Stipulation of Dismissal of all claims with prejudice.

Dated:     April 14, 2019

/s/ _____
Mitchell L. Pashkin (MP-9016)
Attorney For Plaintiff
775 Park Avenue, Ste., 255
Huntington, NY 11743
(631) 335-1107

Case closed. The parties are granted leave to reopen the case in the event that settlement is not consummated. SO ORDERED.

/s/ Arthur D. Spatt
_____
Arthur D. Spatt, U.S.D.J.

4/17/19
_____
Date

1